NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NORTHWEST FARM CREDIT SERVICES, FLCA,**
*Plaintiff-Appellee,*

**v.**

**GARY HIRSCH,**
*Defendant-Appellant.*

---

2013-1685

---

Appeal from the United States District Court for the District of Oregon in No. 1:11-CV-03156-PA, Senior Judge Owen M. Panner.

---

Before RADER, *Chief Judge*, LOURIE and TARANTO, *Circuit Judges*.

PER CURIAM.

## O R D E R

Gary Hirsch moves for reconsideration of the court's order transferring this appeal to the United States Court of Appeals for the Ninth Circuit.

The court has considered Hirsch's arguments but concludes that this appeal is outside this court's limited jurisdiction.

2                          NORTHWEST FARM CREDIT SERVICE v. HIRSCH

Accordingly,

IT IS ORDERED THAT:

The motion for reconsideration is denied.

FOR THE COURT

/s/   Daniel E. O'Toole
        Daniel E. O'Toole
        Clerk of Court

s25